1 | Monica Katz-Lapides, Esq. (Designated for Service) (CSB #267231)
Tate & Associates
2 | 1321 8th Street, Suite 4
Berkeley, CA 94710
3 | Telephone: 510-525-5100
Fax: 510-525-5130
4 | E-Mail: mkl@tateandassociates-law.com

*Counsel for Defendant, Trans Union, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA MILLS,<br>   Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; FIA CARD SERVICES, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, and DOES1 through 20,<br>   Defendants. | CASE NO.<br><br>**TRANS UNION, LLC'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Superior Court Of The State Of California, County Of Sacramento, to the United States District Court for the Eastern District of California, Sacramento Division, on the following grounds:

1. Plaintiff Patricia Mills served Trans Union on or about September 17, 2013, with a Summons and Complaint For Damages (the "Complaint") filed in the Superior Court Of The State Of California, County Of Sacramento, along with a Notice Of Case Management Conference And Order To Appear. Copies of the Summons, Complaint For Damages and Notice Of Case Management Conference And Order To Appear are attached hereto as **Exhibit A**. No other process, pleadings or orders have been served on Trans Union.

///

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that

**TRANS UNION, LLC'S NOTICE OF REMOVAL**
**– (CASE NO.)**

1 | Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the
2 | "FCRA"). See Complaint, ¶¶ 10 and 16 – 19.
3 |     3.    This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §
4 | 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus
5 | supplies this federal question.
6 |     4.    Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the
7 | Superior Court Of The State Of California, County Of Sacramento, to the United States District
8 | Court for the Eastern District of California, Sacramento Division.
9 |     5.    To the best of Trans Union's knowledge, the other named Defendants in this
10 | matter have not been served as of the date of this Notice of Removal. Trans Union has
11 | confirmed with the Clerk of the Superior Court Of The State Of California, County Of
12 | Sacramento that they have no document or file suggesting any other Defendant has been served.
13 |     6.    Notice of this removal will promptly be filed with the Superior Court Of The
14 | State Of California, County Of Sacramento and served upon all adverse parties.
15 |     WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action
16 | from the Superior Court Of The State Of California, County Of Sacramento, to the United States
17 | District Court for the Eastern District of California, Sacramento Division.
18 |     Respectfully submitted,
19 |
20 | Date: Sept. 20, 2013      /s/ Monica Katz-Lapides
21 |     Monica Katz-Lapides, Esq. (CSB #267231)
    Tate & Associates
22 |     1321 8th Street, Suite 4
    Berkeley, CA 94710
23 |     Telephone: 510-525-5100
    Fax: 510-525-5130
24 |     E-Mail: mkl@tateandassociates-law.com

*Counsel for Defendant, Trans Union, LLC*

**TRANS UNION, LLC'S NOTICE OF REMOVAL**
**– (CASE NO.)**

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. My business address is 1321 Eighth Street, Suite 4, Berkeley, California 94710. On the date indicated below, I served the following document(s):

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

upon the following at the address(es) stated below:

**for Plaintiff Patricia Mills**
Mark E. Ellis, Esq.
Brandon L. Reeves, Esq.
Ellis Law Group, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825

X **BY MAIL** by depositing true and correct copies in sealed envelopes in the United States Mail in accordance with the usual mailing practice of this firm.

_ **BY PERSONAL SERVICE** in accordance with ordinary business practices during ordinary business hours.

_ **BY FAX** at number listed. Said copies were placed for transmission by this firm's facsimile machine transmitting from (510) 525-5130, Berkeley, California. The record of the transmission was properly issued by the transmitting fax machine.

_ **BY UPS** overnight delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 20, 2013, at Berkeley, California.

Melanie DeGiovanni

TRANS UNION, LLC'S NOTICE OF REMOVAL
– (CASE NO.)