1  Mark E. Ellis - 127159
   Brandon L. Reeves - 242897
2  ELLIS LAW GROUP, LLP
   740 University Avenue, Suite 100
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  breeves@ellislawgrp.com

6  Attorneys for Plaintiff
   PATRICIA MILLS
7

8

9              UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                   SACRAMENTO DIVISION

12

13 PATRICIA MILLS,                         Case No.:  2:13-CV-01959 MCE AC

14      Plaintiff,                         **PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION**

15 v.

16 BANK OF AMERICA, NATIONAL
   ASSOCIATION; FIA CARD SERVICES,
   NATIONAL ASSOCIATION; EQUIFAX
17 INFORMATION SERVICES, LLC; TRANS
   UNION, LLC; and DOES 1 through 20,
18
        Defendants.
19

20

21

22

23

24

25

26

27

28

- 1 -

PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>Brandon L. Reeves SBN 242897<br>Ellis Law Group, LLP<br>740 University Avenue Suite 100<br>Sacramento CA 95825<br>9162838820<br>ATTORNEY FOR    Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO<br>720 9th St<br>Sacramento, CA 95814 | |
| PLAINTIFF/PETITIONER: Patricia Mills<br>DEFENDANT/RESPONDENT: Bank of America | CASE NUMBER:<br>34-2013-00147380 |
| Proof of Service of Summons | REF NO OR FILE NO:<br>11-0101 |

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   Summons

   Complaint for Damages

   Notice of Case Management Conference and Order to Appear

   ADR Information Package

3a. Party Served:

   Bank of America, National Association

3b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):

   Maria Sanchez
   Agent for Service for CT Corporation

4. Address where the party was served:

   818 W. Seventh Street Ste 200
   Los Angeles, CA 90017

5. I served the party:
   a. By personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party.

   (1) on: 9/17/2013    (2) at: 01:20 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of: Bank of America, National Association

CONTINUED ON NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California  POS-010
[Revised January 1, 2007]

**Proof of Service of Summons**

Code of Civil Procedure, §417.10
Invoice No:   919601-01

| PLAINTIFF/PETITIONER: Patricia Mills<br>DEFENDANT/RESPONDENT: Bank of America | CASE NUMBER:<br>34-2013-00147380 |
|---|---|

under the following Code of Civil Procedure section:

416.10 (Corporation)

7. Person who served papers
   a. Name: Albert Palomera
   b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 69.00
   e. I am:
   (3) [X] a registered California process server:
       (i) [X] Independent Contractor
       (ii) Registration No.: 7063   Expires: 9/9/2013
       (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9/19/2013

Albert Palomera

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-14      >   *[signature]*

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Revised January 1, 2007]

**Proof of Service of Summons**

Code of Civil Procedure, §417.10

Invoice No:   919601-01