William R. Brown, Esq.  (IN #26782-48)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*
*Designated Counsel for Service*


Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA MILLS,<br>          Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; FIA CARD SERVICES, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, and DOES1 through 20,<br>          Defendants. | CASE NO.  2:13-cv-01959-MCE-AC<br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Patricia Mills ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY– 2:13-CV-01959-MCE-AC**

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Date:  April 16, 2014 | /s/ Brandon L. Reeves (as authorized on 4/16/14) |
| 4 | | Mark E. Ellis, Esq. |
| 5 | | Brandon L. Reeves, Esq. |
|   | | Ellis Law Group, LLP |
| 6 | | 740 University Avenue, Suite 100 |
|   | | Sacramento, CA  95825 |
| 7 | | Telephone:  916-283-8820 |
|   | | Fax:  916-283-8821 |
| 8 | | |
| 9 | | *Counsel for Plaintiff, Patricia Mills* |
| 10 | | |
| 11 | Date:  April 17, 2014 | /s/ William R. Brown |
| 12 | | William R. Brown, Esq.  (IN #26782-48) |
|   | | (admitted Pro Hac Vice) |
| 13 | | Schuckit & Associates, P.C. |
|   | | 4545 Northwestern Drive |
| 14 | | Zionsville, IN  46077 |
|   | | Telephone: 317-363-2400 |
| 15 | | Fax:  317-363-2257 |
| 16 | | E-Mail:  wbrown@schuckitlaw.com |
| 17 | | *Lead Counsel for Defendant, Trans Union, LLC* |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY– 2:13-CV-01959-MCE-AC**

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Patricia Mills against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Patricia Mills and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  April 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT