UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MILLS, | No. 2:13-cv-1959 MCE AC |
| Plaintiff, | |
| v. | ORDER AND |
| BANK OF AMERICA, et al., | ORDER TO SHOW CAUSE |
| Defendant. | |

A settlement conference was held before the undersigned on June 27, 2014. Brandon Reeves appeared for plaintiff. Benjamin Spohn appeared for defendants Bank of America and FIA Card Services. Defendants failed to comply with the court's order directing the parties to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. ECF No. 35. Accordingly, IT IS HEREBY ORDERED:

1. Within seven days, plaintiff's counsel shall submit an affidavit of attorney's fees and costs incurred by plaintiff in connection with the June 27, 2014 settlement conference.

2. Within fourteen days, defendants shall show cause why said fees and costs should not be reimbursed by defendants to plaintiff. The order to show cause shall thereafter stand submitted.

/////

3. The settlement conference shall reconvene on July 31, 2014 at 10:00 a.m. in courtroom no. 24. Counsel for defendants, Judith Sethna, shall personally appear and shall be accompanied by a principal with full settlement authority.

Dated: June 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE