Mark E. Ellis - 127159
Brandon L. Reeves - 242897
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
breeves@ellislawgrp.com

Attorneys for Plaintiff PATRICIA MILLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA MILLS,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; FIA CARD SERVICES, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and DOES 1 through 20,,<br><br>    Defendants. | Case No.:  2:13-CV-01959 MCE AC<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY WITH PREJUDICE** |

Pursuant to the Stipulation of the parties, Plaintiff PATRICIA MILLS has agreed to dismiss this action against Defendant EQUIFAX INFORMATION SERVICES, LLC with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each side to bear their own fees and costs.

///

///

///

///

///

Accordingly, this action and all of Plaintiff's claims against Defendant EQUIFAX INFOMRATION SERVICES, LLC only are hereby dismissed with prejudice.

    IT IS SO ORDERED.

Dated:  June 30, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT