Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Judith T. Sethna (SBN 232731)
jsethna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendants
BANK OF AMERICA, N.A., and FIA CARD SERVICES, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MILLS,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, FIA CARD SERVICES, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and DOES 1 through 20,<br><br>　　　　　　　　Defendants. | Case No.: 2:13-cv-01959-MCE-AC<br><br>[Removed from the Superior Court of California, County of Sacramento, Case No. 34-2013-00147380]<br><br>**STIPULATION AND ORDER REGARDING ENTRY OF ORDER REMANDING CASE TO THE SUPERIOR COURT**<br><br>Complaint Filed:   June 27, 2013<br><br>Honorable Morrison C. England, Jr. |

– 1 –

STIPULATION AND ORDER REGARDING ENTRY OF ORDER REMANDING CASE TO THE SUPERIOR COURT

Plaintiff Patricia Mills ("Plaintiff") and Defendants Bank of America, N.A. and FIA Card Services, N.A. (collectively "Defendants") by and through their respective attorneys of record, hereby stipulate as follows:

**WHEREAS** on June 27, 2013, Plaintiff filed a complaint against Defendants, Equifax and Trans Union in the Superior Court of California for the County of Sacramento (the "Superior Court"), Case No. 34-2013-00147380 (the "Action").

**WHEREAS** Plaintiff's first cause of action is for violation of California Civil Code section 1785.25(a) against Defendants only.

**WHEREAS** Plaintiff's second cause of action is for violation of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. section 1681i against both Equifax and Trans Union.

**WHEREAS** Plaintiff's third cause of action is for violation of California Civil Code section 1785.17 against Equifax only.

**WHEREAS** on September 20, 2013, Trans Union removed the Action to this Court based on the Court's federal question over Plaintiff's FCRA claim against both Trans Union and Equifax.

**WHEREAS** on April 23, 2014, Trans Union was dismissed from the Action.

**WHEREAS** on July 1, 2014, Equifax was dismissed from the Action.

**WHEREAS** on June 27, 2014, Plaintiff filed a motion to remand ("Remand Motion") the Action on the grounds that the only remaining cause of action arises exclusively under California law. The Remand Motion is set for hearing on August 7, 2014.

**WHEREAS** Plaintiff and Defendants agree that the Action should be remanded to the Superior Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, that the Court should enter an order remanding the Action to the Superior Court and vacating the August 7, 2014 hearing on the Remand Motion.

**SO STIPULATED**.

DATED: July 11, 2014    REED SMITH LLP

By    /s/ Judith T. Sethna
Judith T. Sethna
Attorneys for Defendants
BANK OF AMERICA, N.A. and FIA CARD SERVICES, N.A.

DATED: July 11, 2014

ELLIS LAW GROUP, LLP

By    /s/ Brandon L. Reeves
Brandon L. Reeves
Attorney for Plaintiff
PATRICIA MILLS

### ORDER

The above stipulation having been considered and good cause appearing therefore,

**IT IS SO ORDERED.**

**Dated: July 11, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND (PROPOSED) ORDER REGARDING ENTRY OF ORDER REMANDING CASE TO THE SUPERIOR COURT