UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MILLS, | No. 2:13-cv-1959 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| BANK OF AMERICA, et al., | |
| Defendant. | |

Defendants have filed a response to the order to show cause. In light of the representations made by counsel,[1] IT IS HEREBY ORDERED that the order to show cause (ECF No. 39) is discharged.

Dated: July 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that both declarations of counsel omit the word "perjury." The court presumes this was a clerical error.